No. 200. PARKS v. UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. W. O. Cooper, Jr.,* for petitioner. No appearance for the United States. ▮

No. 203. DAMBROSIO v. ADERHOLD, WARDEN. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Carl Dambrosio, pro se.* No appearance for respondent.

No. 225. BOLIN v. MARSHALL, DEPUTY COMMISSIONER, ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mary Bolin, pro se. Mr. John F. Reilly* for respondents.

No. 231. WACHOVIA BANK & TRUST CO., ADMINISTRATOR, ET AL. v. UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Hiram P. Whitacre* for petitioners. *Solicitor General Reed,* and *Messrs. Will G. Beardslee, W. Marvin Smith, Fendall Marbury,* and *Young M. Smith* for the United States. ▮

No. 239. ROWE v. NICHOLSON, SUPERINTENDENT. October 14, 1935. Petition for writ of certiorari to the